## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | |
|---|---|
| CHAD SHANKS, )<br>*individually and on behalf of others* )<br>*similarly situated,* )<br>                                                  )<br>         Plaintiff,              )<br>                                                  )<br>vs.                                          )<br>                                                  )<br>SAINT LOUIS COUNTY, MISSOURI, )<br>                                                  )<br>         Defendant.            ) | Case No. 4:14-CV-01599-HEA |

### STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(2), Plaintiffs and Defendant, by and through their respective undersigned counsel, hereby stipulate that the claims asserted by Plaintiffs be dismissed as follows, with each party to bear his or her own costs except as otherwise agreed upon by the parties:

1.      Counts I – IV of Plaintiff's Complaint shall be dismissed with prejudice as to Plaintiffs Chad Shanks, Lana Rains, and Louise Dodd.

2.      Counts II - IV of Plaintiff's Complaint shall be dismissed without prejudice as to all putative class members except for Plaintiffs Chad Shanks, Lana Rains, and Louise Dodd.

Respectfully submitted,

**RIGGAN LAW FIRM, LLC**

/s/ Russell C. Riggan
Russell C. Riggan, #53060 MO
Samuel W. Moore, #58525
132 West Washington Ave., Suite 100
Kirkwood, Missouri 63122
Phone:  (314) 835-9100
Fax:  (314) 735-1054
russ@rigganlawfirm.com
smoore@rigganlawfirm.com

*Attorneys for Plaintiffs*

**SAINT LOUIS COUNTY COUNSELOR**

/s/ Linda Wasserman   (w/ consent)
Michael E. Hughes, #23360MO
Linda Wasserman, #497733MO
Office of the County Counselor
41 S. Central, Ninth Floor
Clayton, MO 63105
Telephone: (314) 615-7042
Mhughes2@stlouisco.com
lwasserman@stlouisco.com

*Attorneys for Defendant*

2